FISH, Appellant, v. WAVERLY ELEC-TRIC LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Action by George Fish, an infant, by George Burns, his guardian ad litem, against the Waverly Electric Light & Power Company.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., and CHASE, J., dissent.

FISH v. WAVERLY ELECTRIC LIGHT & POWER CO. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Action by George Fish, an infant, by George Burns, his guardian ad litem, against the Waverly Electric Light & Power Company.

PER CURIAM. Memorandum amended, so as to provide that the exceptions taken by plaintiff upon the trial of this action be, and the same are, overruled, and the plaintiff's motion for a new trial denied, and judgment directed to be entered upon the order of nonsuit in favor of the defendant and against the plaintiff, dismissing the complaint in the above-entitled action, with costs, and with costs of motion for a new trial in this court.

FISHER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by William H. Fisher, as administrator, etc., of Lulu Lucinda De Groat, deceased, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

F. J. EMMERICH CO., Appellant, v. W. & J. SLOANE, Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by the F. J. Emmerich Company against W. & J. Sloane. H. G. K. Heath, for appellant. S. Bacon, for respondents. No opinion. Judgment affirmed, with costs on opinion of the court below (95 N. Y. Supp. 39), with leave to plaintiff to amend on payment of costs in this court and in the court below.

FLEMING, Respondent, v. WORDEN. Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by James Fleming against Charles A. Worden. No opinion. Motion for reargument denied, with $10 costs.

FORMICA v. RYAN et al. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Frank Formica against Nicholas W. Ryan and others. No opinion. Judgment affirmed, with costs.

FOUNTAIN, Respondent, v. MERRITT & CHAPMAN WRECKING & DERRICK CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by George B. Fountain against the Merritt & Chapman Wrecking & Derrick Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FOUNTAIN et al., Respondents, v. MERRITT & CHAPMAN WRECKING & DERRICK CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Louise Fountain, Sr., and Louise Fountain, Jr., against the Merritt & Chapman Wrecking & Derrick Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

FRANCIS H. LEGGETT & CO. v. DOWLING et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Francis H. Leggett & Co. against Michael F. Dowling and another. No opinion. Appeal dismissed, with $10 costs.

FRICK et al., Respondents, v. SCHENCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Martin J. Frick and others against Myra J. Schenck and others, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted; the order and questions to be certified to be settled by and before Mc-LENNAN, P. J., on two days' notice.

GADE et al., Respondents, v. SEGELKE, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Emilie Gade and Christian Gade, her husband, against Henry Segelke.

PER CURIAM. So far as this motion is concerned, it would seem that the plaintiffs only seek recovery for damages incident to a wrongful ejectment, save the item of interest on $100, as to which there can be no recovery under the complaint in any event. Order affirmed, without costs.

HIRSCHBERG, P. J., and MILLER, J., dissent.

GAGEL, Respondent, v. KAPLAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Frederick Gagel against Max Kaplan. No opinion. Order of the Municipal Court, denying motion to open default, affirmed with costs.

GALBRATH, Appellant, v. SCHOFIELD et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 24, 1905.) Action by George L. Galbrath against Anna G. Schofield and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re GALL. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) In the matter of the judicial settlement of the account of Amelia Gall, as administratrix, etc., of Joseph Gall, deceased. No opinion. Motion granted, and order resettled.

GA NUN, Respondent, v. NEW YORK CENT. & H. R. R. CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Mary C. Ga Nun, as ancillary executrix, against the